# UNITED STATES DISTRICT COURT

## District of Minnesota

Jessica Magali Suatunce Sillo,

Petitioner,

v.

Todd Lyons, Markwayne Mullin, Pamela Bondi, Daren K. Margolin, David Easterwood,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-599 SHL/ECW

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

In light of the information provided in [11] Status Report, the Clerk of Court is directed to enter judgment in favor of Petitioner and close this case.

Date: 3/25/2026

KATE M. FOGARTY, CLERK